NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**AAT BIOQUEST, INC.,**
*Plaintiff-Appellee*

**v.**

**TEXAS FLUORESCENCE LABORATORIES, INC.,**
*Defendant-Appellant*

_____

2016-2056

_____

Appeal from the United States District Court for the Northern District of California in No. 4:14-cv-03909-DMR, Magistrate Judge Donna M. Ryu.

_____

Decided: February 15, 2017

_____

KRISTA MARIE CARTER, Arnold & Porter Kaye Scholer LLP, Palo Alto, CA, argued for plaintiff-appellee. Also represented by DEBORAH E. FISHMAN.

RICK B. YEAGER, Austin, TX, argued for defendant-appellant.

_____

Before PROST, *Chief Judge,* MOORE and CHEN, *Circuit Judges.*

PER CURIAM.

On this limited record and in light of the arguments raised, the district court judgment is affirmed.

**AFFIRMED**